# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKEY DUNN A/K/A RICKY DUNN

NO. 2019 KW 1192

**NOV 2 5 2019**

---

In Re: Rickey Dunn a/k/a Ricky Dunn, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 13-CR6-122601.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT